UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD BETHUNE, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>        -against-<br><br>LENDINGCLUB CORPORATION, WEBBANK, STEEL PARTNERS HOLDINGS, L.P., THE LENDING CLUB MEMBERS TRUST, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 1:16-cv-02578 (NRB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jessica Kaufman from the firm of Morrison & Foerster LLP hereby appears as counsel of record for defendants LendingClub Corporation and The Lending Club Members Trust in this action.

Dated: New York, New York
          May 10, 2016

MORRISON & FOERSTER LLP

By:   /s/ Jessica Kaufman
      Jessica Kaufman
      250 West 55th Street
      New York, New York 10019-9601
      Telephone:  (212) 468-8000
      Facsimile:  (212) 468-7900
      E-mail:  jkaufman@mofo.com

*Attorney for Defendants LendingClub Corporation and The Lending Club Members Trust*

ny-1232304