

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| bnagin@sidley.com<br>(212) 839-5911 | | FOUNDED 1866 | |

May 26, 2016

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 21A
New York, NY 10007

Re:   *Bethune v. LendingClub Corp.*, No. 16-cv-2578-NRB

Dear Judge Buchwald:

We represent defendant WebBank in the above-referenced action. Pursuant to the Court's May 24, 2016 order in which it instructed the parties to submit an agreed briefing schedule, the parties have conferred and jointly propose the following briefing schedule:

June 17, 2016:  Defendants file Motions to Compel Arbitration

July 18, 2016:  Plaintiffs file Opposition to Motions to Compel Arbitration

August 1, 2016:  Defendants File Reply

As suggested by the Court, defendants intend to file a single joint memorandum of law in support of the motions to compel arbitration and a single joint reply memorandum of law.

Respectfully submitted,

/s/ Benjamin R. Nagin

Benjamin R. Nagin

cc:  All counsel of record (via ECF)