**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD BETHUNE, on behalf of himself and all others similarly situation, | Case No.: 1:16-cv-02578 (NRB) |
| Plaintiff, | |
| v. | NOTICE OF MOTION |
| LENDINGCLUB CORPORATION; WEBBANK; STEEL PARTNERS HOLDINGS, L.P.; THE LENDING CLUB MEMBERS TRUST; and DOES 1 through 10, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon Defendants' Joint Brief in Support of Motions to Compel Arbitration and to Stay Action, the accompanying Declaration of Jason Altieri in Support of Defendants' Motion to Compel Arbitration, dated June 17, 2016, and the exhibits annexed thereto, the accompanying Declaration of Benjamin R. Nagin in Support of Defendants' Motions to Compel Arbitration and to Stay Action, and the exhibit annexed thereto, the accompanying letter of Benjamin R. Nagin, dated June 17, 2016, submitted on behalf of all defendants pursuant to Rule 2(E)(1) of this Court's Individual Practices, and upon all prior papers and proceedings herein, defendant Steel Partners Holdings, L.P., by its counsel Kaplan Rice LLP, moves this Court, before the Honorable Naomi Reice Buchwald, United States District Judge, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 21A, New York, New York, 10007, for an Order, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, (i) compelling Plaintiff Ronald Bethune to arbitrate his claims against Steel Partners Holdings, L.P. on an individual basis, (ii) staying such claims pending the outcome of the

arbitration proceedings, and (iii) awarding Steel Partners Holdings, L.P. such other and further relief as this Court deems just and proper.

In accordance with the schedule agreed to by the parties and so ordered by the Court, Plaintiff will serve and file opposition papers on or before July 18, 2016, and defendants will serve and file reply papers on or before August 1, 2016.

Dated:  New York, New York
        June 17, 2016                       /s/ *Joseph A. Matteo*
                                            Howard J. Kaplan
                                            Joseph A. Matteo
                                            KAPLAN RICE LLP
                                            142 West 57th Street, Suite 4A
                                            New York, NY 10019
                                            Telephone: (212) 235-0300
                                            Facsimile:  (212) 235-0301
                                            E-mail:  hkaplan@kaplanrice.com
                                            E-mail:  jmatteo@kaplanrice.com

                                            *Attorneys for Defendant Steel Partners Holdings, L.P.*

TO:

Mitchell Breit
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, NY 10016
Telephone:  (212) 784-6400
Facsimile: (212) 213-5949
Email: mbreit@simmonsfirm.com

Stephen Larson, *admitted pro hac vice*
LARSON O'BRIEN LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone:  (213) 436-4888
Facsimile: (213) 623-2000
Email: slarson@larsonobrienlaw.com

Elaine S. Kusel
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
Email: esk@mccunewright.com

*Attorneys for Plaintiff Ronald Bethune*

Benjamin R. Nagin
Jon W. Muenz
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10009
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email:  bnagin@sidley.com
Email:  jmuenz@sidley.com

Mark E. Haddad, *admitted pro hac vice*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
E-mail: mhaddad@sidley.com

*Attorneys for Defendant WebBank*

Mark P. Ladner
Jessica Kaufman
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Email: mladner@mofo.com
Email: jkaufman@mofo.com

*Attorneys for Defendants LendingClub Corporation
and The Lending Club Members Trust*