

June 15, 2017

**Via ECF**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
New York, NY 10007-1312

    Re: *Bethune v. LendingClub Corporation, et al.,* (16 Civ. 2778) (NRB)

Dear Judge Buchwald:

    On January 30, 2017, the Court granted the motion of Defendants to compel arbitration of Plaintiff's claims, including Plaintiff's claim that the arbitration provision was unenforceable. The Court directed the parties to submit a joint letter on the progress of the arbitration on June 15, 2017, and every three months thereafter.

    This letter is a joint status letter of the parties. On June 14, 2017, Plaintiff's emailed Defendants with a copy of Plaintiff's Demand for Arbitration, which was, per Plaintiff, emailed to JAMS on June 14, 2017, and sent via overnight delivery with accompanying supporting documents and a check, on June 15, 2017. The parties expect to be contacted soon by JAMS regarding the next steps in the arbitration.

                                  Respectfully submitted,

                                    /s/ *Elaine S. Kusel*

                                  Elaine S. Kusel

cc: All Counsel Record ECF