

**SIMMONS HANLY CONROY**
A NATIONAL LAW FIRM

SIMMONSFIRM.COM
(800) 479-9533

October 10, 2017

**VIA ECF**

Hon. Naomi R. Buchwald
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Bethune v. LendingClub Corp.*, et al., Civ. Act. No. 1:16-cv-02578

Dear Judge Buchwald:

I am one of the attorneys for Plaintiff Ronald Bethune and write to provide an update on the status of this matter as requested by the Court. As my co-counsel, Elaine Kusel, informed the court clerk last week, the parties have reached a tentative settlement and are now working through the language of a release. We hope to report soon to the Court on its finalization.

Respectfully yours,

Mitchell M. Breit

Cc: All Counsel of Record (via ecf)

*We stand for our clients.*

| HEADQUARTERS | NEW YORK | CHICAGO | SAN FRANCISCO | LOS ANGELES | ST. LOUIS |
|---|---|---|---|---|---|
| One Court Street | 112 Madison Avenue | 230 W. Monroe | 455 Market | 100 N. Sepulveda Blvd. | 231 S. Bemiston |
| Alton, IL 62002 | New York, NY 10016 | Suite 2221 | Suite 1150 | Suite 1350 | Suite 525 |
| TEL: (618) 259-2222 | TEL: (212) 784-6400 | Chicago, IL 60606 | San Francisco, CA 94105 | El Segundo, CA 90245 | St. Louis, MO 63105 |
| FAX: (618) 259-2251 | FAX: (212) 213-5949 | TEL: (312) 759-7500 | TEL: (415) 536-3986 | TEL: (310) 322-3555 | TEL: (800) 479-9533 |
|  |  | FAX: (312) 759-7516 | FAX: (415) 537-4120 | FAX: (310) 322-3655 |  |