# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD BETHUNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>LENDINGCLUB CORPORATION, WEBBANK, STEEL PARTNERS HOLDINGS, L.P., THE LENDING CLUB MEMBERS TRUST, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:16-cv-02578 (NRB)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Ronald Bethune, by and through his attorneys, and Defendants LendingClub Corporation, WebBank, Steel Partners Holdings, L.P., and The Lending Club Members Trust, by and through their attorneys, hereby jointly move for an order dismissing with prejudice all claims against all Defendants in the above-captioned action, with each party to bear its own costs, expenses, and attorneys' fees.

SO ORDERED this _____ day of _____, 2018.

_____

Dated: New York, New York
~~January~~ March 5, 2018

| | |
|---|---|
| SIMMONS HANLY CONROY LLC<br><br>By: *[signature]*<br>Mitchell Breit<br>112 Madison Avenue<br>New York, NY 10016-7416<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949<br>Email: mbreit@simmonsfirm.com<br><br>MCCUNE WRIGHT AREVALO, LLP<br>Richard D. McCune<br>3281 East Guasti Road, Suite 100<br>Ontario, CA 91761<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>E-mail: rdm@mccunewright.com<br><br>*Attorneys for Plaintiff Ronald Bethune* | MORRISON & FOERSTER LLP<br><br>By: *[signature]* (MML3 by permission of Jessica Kaufman)<br>Mark P. Ladner<br>Jessica Kaufman<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>E-mail: mladner@mofo.com<br>E-mail: jkaufman@mofo.com<br><br>*Attorneys for Defendants LendingClub Corporation and The Lending Club Members Trust*<br><br>SIDLEY AUSTIN LLP<br><br>By: *[signature]* (MMB by permission of Jessica Kaufman)<br>Benjamin R. Nagin<br>Jon W. Muenz<br>787 Seventh Avenue<br>New York, NY 10009<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: bnagin@sidley.com<br>Email: jmuenz@sidley.com<br><br>Mark E. Haddad, *admitted pro hac vice*<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>E-mail: mhaddad@sidley.com<br><br>*Attorneys for Defendant WebBank* |

KAPLAN/RICE LLP

By: /s/ Howard J. Kaplan (MMB by permission of Jessica Kaufman)
Howard J. Kaplan
Joseph A. Matteo
142 West 57th Street, Suite 4A
New York, NY 10019
Telephone: (212) 235-0300
Facsimile: (212) 235-0301
Email: hkaplan@kaplanrice.com
Email: jmatteo@kaplanrice.com

*Attorneys for Defendant Steel Partners Holdings, L.P.*