**EXHIBIT A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD BETHUNE, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

LENDINGCLUB CORPORATION, WEBBANK, STEEL PARTNERS HOLDINGS, L.P., THE LENDING CLUB MEMBERS TRUST, and DOES 1 through 10, inclusive,

    Defendants.

Case No. 1:16-cv-02578 (NRB)

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Ronald Bethune, by and through his attorneys, and Defendants LendingClub Corporation, WebBank, Steel Partners Holdings, L.P., and The Lending Club Members Trust, by and through their attorneys, hereby jointly move for an order dismissing with prejudice all claims against all Defendants in the above-captioned action, with each party to bear its own costs, expenses, and attorneys' fees.

SO ORDERED this 5th day of March, 2018.

*[signature]* Naomi Reice Buchwald
USDJ

8

ny-1297565